# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Texas

Case Number: 2:20-CV-00064-JRG

Plaintiff:
**Vista Peak Ventures, LLC**

vs.

Defendant:
**Fujifilm Holdings Corporation and Fujifilm Corporation**

**State of New York, County of Albany)ss.:**

Received by Special Delivery Service Inc., to be served on **Fujifilm Holdings Corporation c/o Fujifilm North America Corporation, C/O Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, James Boland, being duly sworn, depose and say that on the **6th day of March, 2020 at 2:35 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Plaintiff's Complaint for Patent Infringement, Civil Cover Sheet and Plaintiff's Corporate Disclosure Statement** to Cathy Kreiger-Jewell as Litigation Management Specialist of Corporation Service Company as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Description** of Person Served:  Age: 60,  Sex: F,  Race/Skin Color: White,  Height: 5'1",  Weight: 110,  Hair: Gray, Glasses: Y

I am over the age of 18 and have no interest in the above action.

**James Boland**
Process Server

Subscribed and Sworn to before me on the 10th day of March, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 20,

**Special Delivery Service Inc.,**
**5470 L.B.J. Freeway**
**Dallas, TX  75240**
**(214) 866-3203**

Our Job Serial Number: 2020000843

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x